# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JIANTAO ZHAO,

      Plaintiff,

v.                                               Case No:  6:25-cv-1682-PGB-LHP

DIRECTOR, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,
SECRETARY, U.S. DEPARTMENT OF
HOMELAND SECURITY and
ATTORNEY GENERAL OF THE
UNITED STATES,

      Defendants

---

## ORDER

Before the Court is *pro se* Plaintiff's Motion for Clerk's Default.  Doc. No. 11. On review, the motion (Doc. No. 11) is **DENIED without prejudice**.

First, the motion fails to contain a memorandum of legal authority as required by Local Rule 3.01(b) – citations to Federal Rule of Civil Procedure 55(a) without explanation do not suffice.  Relatedly, the motion fails to adequately address, with citation to legal authority, that service of process on Defendants was proper and, specifically, that service by certified mail on "Mail Clerk (Authorized Agent)" at the various offices listed in the proofs of service was sufficient to effect service on these

Defendants under governing law.  *See* Doc. Nos. 8-10.  *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).  *See also* Fed. R. Civ. P. 4(i); *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).

Plaintiff shall file a renewed motion within **twenty-one (21) days** of this Order, which must include a memorandum of legal authority establishing that service of process on Defendants was proper under applicable law.

**DONE** and **ORDERED** in Orlando, Florida on November 24, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties